UNION PACIFIC RAILWAY COMPANY, APPELLANT, v. BENSON, APPELLEE.

*Union Pacific Railway Company v. Foley, ante, 280, approved.*

*Appeal from the District Court of Arapahoe County.*

Messrs. TELLER, ORAHOOD & MORGAN and Mr. C. M. KENDALL, for appellant.

Messrs. BROWNE, PUTNAM & PRESTON, for appellee.

PER CURIAM. This action was brought by appellee as the owner of lots 18 and 19 in block D, in the city of Denver, and is similar to the case of *U. P. Ry. Co. v. Foley, ante,* 280. This case was tried in conjunction with that case, before the same jury and upon the same pleadings and evidence.

For the reasons announced in that case the judgment herein must be reversed.

*Reversed.*